FILED'19 MAR 13 8:30USDC-ORM

Willie J. Walker, Pro Se
PO box 875
Eagle Point Oregon 97524.
541-816-1478
b_butler76@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

:

WILLIE J .WALKER,            :

            :    Case No.            18 19-CV- 00386-MC

:
:
:    COMPLAINT
        Plaintiffs,      :    JURY TRIAL DEMANDED
:
:
:
:
v.         :
:
JACKSON COUNTY,    officer  Cns Walker
CITY OF MEDFORD,
DEP. ,,,,, Personally,  Nick: Faulkenhagen
DEP ....., Personally,  Det. Shopp
OFFICER.....PERSONALLY  :, Officer CAM
: Off. Deputy Anthony Titus
        Defendants. 01 :  .

## I. INTRODUCTION

This is an action brought to redress the deprivation by Defendant of rights
secured to the Plaintiff by the United States Constitution and the
laws of the United States of America. Medford Police wrongfully searched , seized the
property of and  arrested and incarcerated  for 16 hours Mr. Walker on or about March
17, 2017 and Jackson County and their deputies  illegally   assaulted Mr. Walker in the
Jackson County Jail on or about July 11, August 10, 12.

①

Pursuant to 42 USC §1983, Plaintiff Walker who is African-American alleges that Defendants.....e and the County and City violated his 4th Amendment rights by subjecting or causing him to experience excessive force and/or cruel and unusual punishment.

2. Plaintiff seeks an award of economic damages, non-economic damages, and attorney
fees and litigation expenses/costs against Defendants.  Plaintiff also seeks an award of punitive damages against Defendants  under federal law.

### II.  JURISDICTION
3. This Court has jurisdiction over Plaintiff's claims by virtue of 28 USC §§1331, 1343, and 1367.

### III.  PARTIES
4. At all material times herein, Plaintiff Walker were residents of  Jackson County in the State of Oregon.
5. At all material times herein, Defendants.... were Jackson County employees acting within the course and scope of his employment, and the following Officers were Medford Police
6. At all material times herein, Defendant Jackson County ("County") was and is a public body responsible under state law for the acts and omissions of its law enforcement
officers and other employees.
7. At all times material herein, Defendants,, acted under color of state law.

FACTS

On or about March  17, 2017, Medford Police officers wrongfully searched , seized the property of and  arrested and incarcerated  for 16 hours Mr. Walker at 747 Highland Dr. #30, Medford.
On Or bout July 12, 2017, officers wrongfully seaarched and seized his residence and destroyed the premised.
On or about August 8, Medford poloice picked him up on the street and beat him ,injuring his leg.
JCSO deputies beat him in  jail onAugust 10 and he was releasedAugust 11.

17.  Plaintiff Walker  sent a timely Notice of Tort Claim for the March 17, 2017 incident.

FIRST CAUSE OF ACTION

FIRST CLAIM FOR RELIEF

(§1983 – 4th Amendment Violation)
18. As applicable, Plaintiff Walker incorporates the above.
19. As described above,   officials..... violated Mr. Walker's right not to be subjected to excessive force, as guaranteed by the 4th Amendment of the United States



Constitution.

20. As a result of the above, Mr. Walker is entitled to an award of economic and noneconomic damages against the individual Defendants in amounts to be determined at trial.

21. As a result of the above, Mr. Walker is entitled to an award of punitive damages against the individual deputies in an amount to be determined at trial.

22. Mr. Walker should be awarded his attorney fees and litigation expenses/costs against Defendants pursuant to 42 USC §1988.

SECOND CAUSE OF ACTION

First Claim for Relief

(State Law Claim – Negligence)

23. As applicable, Plaintiff Mr. Walker incorporates the above.

24. The County was negligent in one or more of the following particulars:

(a) Failing to hire, train and supervise employees regarding transporting and handling detainees safely;

(b) Failing to hire, train and supervise employees regarding reasonable suspicion and probable cause, and unreasonable search and seizure;

25. As a direct result of the negligence of the County, and as a substantial factor and legal cause thereof, Mr. Walker has suffered economic and noneconomic damages against the County in amounts to be determined at trial.

Mr. Walker should be awarded his costs against the County.

The conduct of……. , resulting in injury to Walker constituted negligence, as defendants' conduct breached the duty of care of reasonable deputies in dealing with Walker .

Second  Claim for Relief

(Battery)

28. The actions of  Deputiies  ….constituted battery in injuring plaintiff without justification or provocation.


DEMAND FOR PUNITIVE DAMAGES

32.  The actions of the Individual Defendants …. detailed herein are outrageous, in that they involved illegal excessive force and constitutional violations/

DEMAND FOR TRIAL BY JURY

33. The Plaintiff hereby demands trial by jury.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Walker requests that this Honorable Court grants him the following relief:

A judgment against all Defendants, jointly and severally on all  Plaintiffs' Causes of Action and compensatory damages.

A judgment against the Defendants …..on Plaintiffs' First Cause of Action for punitive damages for each.

A monetary award for attorney's fees and the costs of this action, pursuant to 42 U.S.C. § 1988.



DATED this 12th day of March, 2019.
Respectfully submitted by:
S//S Willie J. Walker

Willie J. Walker
Pro Se

④