Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Willie James Walker | ) | Case No. 1:19-cv-00386-MC |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| -v- | ) | Jury Trial: _(check one)_ ☐ Yes ☐ No |
| | ) | |
| Nick Faulkenhagen | ) | |
| _Defendant(s)_ | ) | |

## AMENDMENT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Willie James Walker |
| Street Address | PO Box 875 |
| City and County | Eagle Point |
| State and Zip Code | Oregon 97524 |
| Telephone Number | (541)-840-3399 |
| E-mail Address | willie.walker@yahoo.com |

**B.**     **The Defendant(s)**

Defendant No. 1
- Name: Nick Faulkenhagen
- Job or Title (if known): Medford Police Officer
- Street Address:
- City and County: Eagle Point
- State and Zip Code: Oregon 97524
- Telephone Number:
- E-mail Address (if known):

E-mail Address (if known):

## II.    Statement of Claim

**Custodial Interference/child endangerment,**
**03/2017 – 747 Highland Dr Medford Oregon**
Officer Faulkenhagen allowed the non-custodial parent to take my child without consent, Non-custodial parent did not have a valid drivers licenses nor auto insurance, she had left children home alone for hours to go gamble.

**Failure to secure home/unlawful entry**
**03/2017 – 747 Highland Dr Medford Oregon**
Officer Faulkenhagen Arrested me and allowed nonresident to enter my home and take what they wanted as well as left all doors and windows opened during my holding.

**Nonuse of law enforcement code of ethics**
**03/2017 – 747 Highland Dr Medford Oregon**
Officer Faulkenhagen refused the testimony of witness on my behalf, instead threatened to arrest unless he left premises

## III. Relief

During this ordeal the non-custodial parent moved my son out of the state illegally, I have had taken from me and my son the time together that we will never get back nor can any amount of money, I just want my son returned to me along with the items that were taken from my home,
Cuban Link 26in 24 karat gold necklace valued at 1450.
3 karat cluster diamond ring valued at 3000
Cuban cigar box with rare coins value unknown
Axiom Citizen watch valued at 300
Diamond, Ruby, Emerald Jamaican flag necklace, value unknown sentimental was given from brother in military as gift

I feel that I am entitled to this because had a nonresident of my home/dwelling been allowed to enter without my consent I would still have my personal belongings

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/21/2020

Signature of Plaintiff
Printed Name of Plaintiff   Willie James Walker

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.   For Attorneys**

    Date of signing: _____

    Signature of Attorney   _____
    Printed Name of Attorney   _____
    Bar Number   _____
    Name of Law Firm   _____
    Street Address   _____
    State and Zip Code   _____
    Telephone Number   _____
    E-mail Address   _____