UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

WILLIE J. WALKER,                      Case No. 1:19-cv-00386-MC

    Plaintiff,

    v.

JACKSON COUNTY, et al.,

    Defendants.

## JUDGMENT

This action is DISMISSED.

DATED this 14th day of October, 2020.

                              s/ Michael J. McShane
                              Michael J. McShane
                              United States District Judge